IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAPHNE WATKINS<br>　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORE # 1921, WAL-MART STORES, INC., MANAGEMENT ENTITIES 1-10; FICTITIOUS ENTITES; JANE AND JOHN DOE 1-10; FICTITIOUS INDIVIDUALS, XYZ CORPORATION 1-10, FICTITIOUS CORPORATIONS, ABC PARTNERSHIP 1-10, FICTITIOUS PARTNERSHIP<br>　　　Defendants. | CIVIL ACTION<br><br>CASE NO. 3:18-cv-19035<br><br>JURY TRIAL DEMANDED<br><br>CONSENT ORDER TO REMAND TO SUPERIOR COURT AND STIPULATION TO LIMIT DAMAGES |

The parties hereby **STIPULATE** and **AGREE** that this matter shall be remanded to the Superior Court of Ocean County given that the amount in controversy does not exceed $74,000. The parties **AGREE** to file the attached stipulation upon remand to the state court limiting the full amount of Plaintiff's damages, if any, to an amount not in excess of $74,000.

BRIAN J. DI STEFANO, ESQ., LLC

By: _____
　　Brian J. Di Stefano, Esquire
　　*Attorneys for Plaintiff*

Dated: 3-27-18

McDONNELL & ASSOCIATES, P.C.

By: _____
　　Justin M. Bettis, Esquire
　　*Attorneys for Wal-Mart Defendants*

Dated: 3/27/18

APPROVED BY THE COURT:

By: _____
　　Brian R. Martinotti, U.S.D.J.